## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE A. ORTIZ, | ) | NO. CV 14-6721-RGK(AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| STU SHERMAN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 15, 2015

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

3